**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-00051-RLV**

| | | |
|---|---|---|
| **TRACY L. ALEXANDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Consent Motion to Remand (hereinafter, the "Motion"). [Doc. No. 15]. After considering the Motion and the record as a whole, the Court hereby **GRANTS** the Motion.

Plaintiff filed this action in order to seek judicial review of the Commissioner's decision that she is not disabled. The Commissioner filed a Motion for Remand requesting that this Court remand this case under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), because the recording of the hearing held on June 30, 2014, is partially blank. Good cause having been shown, the Court hereby **REMANDS** this case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further administrative proceedings.

Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), this Court shall retain jurisdiction of this case while it is pending before the Commissioner. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

Accordingly, the Motion is hereby **GRANTED** and this matter is hereby **REMANDED** as directed herein.

-1-

**SO ORDERED**.

Signed: June 2, 2016

Richard L. Voorhees
United States District Judge