IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| TRACY L. ALEXANDER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civ. No. 5:16-cv-00051 |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant | ) | |

**ORDER**

This matter is before the Court on the motion of the Commissioner for entry of final judgment in this matter. The Administrative Law Judge rendered a favorable decision to Plaintiff on August 8, 2017, and neither party contests said decision.

Therefore, it is ORDERED that final judgment be entered in this case in accordance with the decision of the Administrative Law Judge.

SO ORDERED.

Signed: October 19, 2017

Graham C. Mullen
United States District Judge