# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTON NO.:  5:16-CV-051-GCM-DCK

| | |
|---|---|
| TRACY L. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Motion For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 12) filed October 27, 2017.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion. Defendant is awarded attorney fees under the EAJA in the amount of $4,435.64 in full and final settlement of attorney fees and costs arising under the Equal Access to Justice Act (EAJA).  28 U.S.C. § 2412(d).

In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 12) is **GRANTED**. The Commissioner shall pay the sum of $4,435.64 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

Signed: October 30, 2017

David C. Keesler
United States Magistrate Judge

**CONSENTED TO:**

Date: October 26, 2017

/s/ Amelia N. Patton
Amelia N. Patton Bar Number: 31718
Attorney for Plaintiff
Patton Law Offices, P.L.L.C.
P.O. Box 565
212 West Main Street
Elkin, NC 28621
336-844-2870
E-mail: apatton@pattonlawnc.com

Date: October 26, 2017

/s/ Stephen Dmetruk
Stephen Dmetruk
Special Assistant United States Attorney
Georgia Bar # 113809
Attorney for Defendant
Social Security Administration Office of the General Counsel 6401 Security Boulevard Altmeyer Building, Room 617
Baltimore, Maryland 21235-6401
Telephone: (410) 966-4275
Fax: (410) 597-0137
Email: stephen.dmetruk@ssa.gov